D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DWAYNE ARTHUR,

                                                    Plaintiff,

-against-

DET. DUMALLE, P.O. WILLIAMS, P.O. GONZALES, THE
CITY OF NEW YORK, P.O. "JANE DOE" and P.O. "JOHN
DOE" 1-10,

                                                    Defendants.
----------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

16-CV-1323 (ARR) (RML)

       WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice.

[SECTION INTENTIONALLY LEFT BLANK]

Dated: New York, New York
        JAN 7         , 2017

PAUL HALE                                          ZACHARY W. CARTER
*Attorney for Plaintiff*                           Corporation Counsel of the
26 Court Street, Suite 913                            City of New York
Brooklyn, NY 11242                                 *Attorney for Defendant City of New York*
                                                   100 Church Street, 3rd Floor
                                                   New York, New York 10007

By: _____              By: _____
      Paul Hale                                    Suzanne E. Aribakan
    *Attorney for Plaintiff*                       *Senior Counsel*

                                                   SO ORDERED:

                                                   S/ ARR

                                                   HON. ALLYNE R. ROSS
                                                   UNITED STATES DISTRICT JUDGE

                                                   Dated:  1/17     , 2017

2